This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellant,

v.                                                            **NO. 34,485**

**ERIC GARCIA,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Jacqueline D. Flores, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Jane A. Bernstein, Assistant Attorney General
Albuquerque, NM

for Appellant

M. Naomi Salazar
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Plaintiff State of New Mexico filed a docketing statement, appealing from the district court's order granting Defendant Eric Garcia's motion to exclude drug test results, entered on January 30, 2015. [DS 2–3; RP 33] This Court issued a calendar notice, proposing to affirm. The State filed a response to our notice, informing this Court that it "will not be filing a memorandum in opposition to the proposed summary affirmance[.]" [Response 1] Accordingly, for the reasons stated in our notice of proposed disposition, we affirm.

{2}     **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**RODERICK T. KENNEDY, Judge**


_____
**LINDA M. VANZI, Judge**